IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MARCUS BLUE                                                          PETITIONER
ADC #123200

V.                              NO.  5:08cv00304 BSM

LARRY NORRIS, Director,                                              RESPONDENT
Arkansas Department of Correction

<u>JUDGMENT</u>

In accordance with the Court's Order entered this date, judgment is hereby entered

denying this 28 U.S.C. § 2254 petition for writ of habeas corpus as untimely and dismissing

this action in its entirety, with prejudice.

IT IS SO ORDERED this 11th day of August, 2009.


_____
UNITED STATES DISTRICT JUDGE